FILED
2010 Sep-21  AM 11:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **2:10-cv-01294-AKK** |
| **MIDLAND FUNDING LLC;** | ) | |
| **TRANS UNION LLC; and** | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Motion to Dismiss, (doc. 14), Defendants Experian Information Solutions, Inc. and Trans Union LLC, the only remaining defendants, are hereby DISMISSED with prejudice, for good cause shown, with each party bearing his or its own costs.  Accordingly, this action is hereby DISMISSED with prejudice.

Done this 21st day of September, 2010.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE